# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**MARRIKUS WILLIAMS,**<br>    **Defendant.** | **Case No.: 4:23-CR-00029-CDL-MSH** |

## ORDER

Defendant was indicted on October 24, 2023, ECF No. 1, and arraigned on February 14, 2024, ECF No. 13. A pretrial conference is currently scheduled for March 20, 2024. The Parties jointly ask to continue the case. Specifically, the Parties need additional time to review discovery, discuss discovery and possible defenses with counsel, discuss possible resolutions, and to conduct additional investigation.

IT IS HEREBY ORDERED that the above-referenced matter be continued to term of Court set for **March 2025**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)-(B).

The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **5th** day of **March 2024**.

> S/Clay D. Land
> _____
> CLAY D. LAND
> U.S. DISTRICT COURT JUDGE
> MIDDLE DISTRICT OF GEORGIA